

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00304-CV

_____

DEMETRIUS ANN NEWTON, Appellant

V.

OPENDOOR PROPERTY TRUST I, Appellee

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2023-004860-3

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Pro se Appellant Demetrius Ann Newton attempts to appeal from various county-court orders. On September 25, 2023, and October 27, 2023, we notified Newton of our concern that we lacked jurisdiction over the appeal. We advised Newton that unless, by November 6, 2023, a response showing grounds for continuing the appeal was filed, it could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered:  November 22, 2023